IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Owens, Vanassa A | Case Number: 05 B 29153 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 6/3/08 | Filed: 7/25/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 22, 2008
Confirmed: September 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 9,345.00 | |
| Secured: | | 6,341.16 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,509.00 |
| Trustee Fee: | | 494.84 |
| Other Funds: | | 0.00 |
| Totals: | 9,345.00 | 9,345.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,509.00 | 2,509.00 |
| 2. | Wells Fargo Financial | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 2,676.01 | 571.00 |
| 4. | Nuvell Financial Services | Secured | 19,779.71 | 5,770.16 |
| 5. | Peoples Energy Corp | Unsecured | 30.12 | 0.00 |
| 6. | Nuvell Financial Services | Unsecured | 8.26 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 42.20 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 128.67 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 1,019.29 | 0.00 |
| 10. | MCI | Unsecured | | No Claim Filed |
| 11. | M3 Financial Services | Unsecured | | No Claim Filed |
| 12. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 13. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 14. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 15. | SBC | Unsecured | | No Claim Filed |
| 16. | TCF Bank | Unsecured | | No Claim Filed |
| 17. | Chicago Municipal Ct Dist | Unsecured | | No Claim Filed |
| 18. | Providian Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 26,193.26 | $ 8,850.16 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 244.75 |
| 5% | 44.50 |
| 4.8% | 85.44 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Owens, Vanassa A

Printed: 6/3/08

Case Number: 05 B 29153
Judge: Goldgar, A. Benjamin
Filed: 7/25/05

```
         5.4%              120.15
                          _____
                          $ 494.84
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

